ALEXANDER J. SCOTT, as Administrator of the Estate of JOSEPH J. SCOTT, Deceased, Respondent, *v.* NINA SPENCER et al., Appellants, Impleaded with Others.

*Scott* v. *Spencer*, 122 App. Div. 910, affirmed.
(Argued December 8, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 15, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the dissolution of a partnership and for an

accounting in which the title to certain real property was involved.

*Jesse W. Johnson* for appellants.

*Ernest P. Seelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, VANN and HISCOCK, JJ. Not voting: CULLEN, Ch. J. Not sitting: WILLARD BARTLETT, J. Absent: WERNER, J.